IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br><br>JOSHUA DAVID HEAFNER,<br><br>    Defendant. | CR 23-109-BLG-SPW<br><br><br>ORDER |

Upon consideration of Defendant's Unopposed Motion for Leave to File Document 75 Under Seal (Doc. 76), and Defendant's motion.

IT IS HEREBY ORDERED that the United State District Court Clerk is directed to file Defendant's Exhibit List (Doc. 75) under seal.

DATED this __17th__ day of March, 2025

_Susan P. Watters_

SUSAN P. WATTERS
United States District Judge

1